CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN HOPKINS,<br><br>   Plaintiff,<br><br> vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 3:20-cv-00625-CLB<br><br>**MOTION TO BE RELIEVED OF PROVIDING CD AND HARD COPIES OF THE CERTIFIED ADMINISTRATIVE RECORD; [PROPOSED] ORDER** |

Defendant, Commissioner of Social Security (Commissioner), by his undersigned attorneys, provides notice to the Court and Plaintiff that an electronic copy of the certified administrative record (e-CAR) has been prepared and can now be filed in this matter. However, the Commissioner advises the Court that, at this time, the Office of Appellate Operations (OAO) is not working at full capacity at its official worksite in Falls Church, Virginia. A limited number of staff is now permitted to physically enter the office to work on a very limited basis. While the e-CAR has been prepared, OAO is still unable to provide CD and hard copies of the CAR—which has typically been required in this Court—with any regularity, given the limited staff and overall volume of cases.

While the Commissioner typically files the e-CAR under seal, as required by the Court, this filing is only accessible to the Court and not by the parties through CM/ECF. However, it is Defendant's counsel's understanding that a new event has been added to CM/ECF which will allow the Commissioner to file the e-CAR under seal and all case participants will have access to the e-CAR. Accordingly, the Commissioner requests that he be permitted to file the e-CAR under seal using this new event ("Certified Administrative Record under seal") and be relieved of the requirement of preparing CD/hard copies of the CAR. This will allow Plaintiff to access the e-CAR through CM/ECF and for the case to move forward without delay.

Dated:  March 25, 2021                            Respectfully submitted,

                                                  CHRISTOPHER CHIOU
                                                  Acting United States Attorney

                                                  /s/ *Allison J. Cheung*
                                                  ALLISON J. CHEUNG
                                                  Special Assistant United States Attorney

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **MOTION TO BE RELIEVED OF PROVIDING CD AND HARD COPIES OF THE CERTIFIED ADMINISTRATIVE RECORD; [PROPOSED] ORDER** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Marc Kalagian
marc.kalagian@rksslaw.com
Attorney for Plaintiff

Leonard Stone
lstone@shookandstone.com
Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2021

/s/ *Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

Mot. Re: CAR; No. 3:20-cv-00625-CLB

CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN HOPKINS,<br><br>             Plaintiff,<br><br>      vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>             Defendant. | Case No.: 3:20-cv-00625-CLB<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO BE RELIEVED OF PROVIDING CD AND HARD COPIES OF CERTIFIED ADMINISTRATIVE RECORD** |

1  Based upon Defendant's Motion to be Relieved of Providing CD and Hard Copies of Certified
2  Administrative Record, and for good cause shown, **IT IS ORDERED** that Defendant be relieved of
3  providing CD or hard copies of the Certified Administrative Record (CAR) to the Court and to Plaintiff.
4  The Court further **ORDERS** that Defendant may file an electronic copy of the CAR (e-CAR) under seal
5  in CM/ECF.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 25, 2021